FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

13 SEP 25 P 2: 53

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CRIM. NO. 1:13-cr-367 |
| BOSUNG SHIM, ) | |
| ) | |
| Defendant ) | |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about July 2012, to on or about December 2012, the defendant, BOSUNG SHIM, did knowingly, willfully, and intentionally access a protected computer without authorization and as a result of such conduct recklessly caused at least $5,000 loss during a one-year period. Namely, the defendant repeatedly gained unauthorized access to the computers that hosted the Association of American Medical Colleges ("AAMC") website and caused $31,653.24 of damage to said AAMC computers. The AAMC web servers are located in the Eastern District of Virginia.

All in violation of Title 18, United States Code, Section 1030(a)(5)(B).

Date: September 25, 2013

Dana J. Boente
Acting United States Attorney

By: _____
Ryan K. Dickey
Assistant United States Attorney

Peter V. Roman
Special Assistant United States Attorney (LT)